FILED

07 NOV 28 PM 5:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDC_   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _07 CR 3213 BEN_ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) |
| ROSENDO RODRIGUEZ-GONZALEZ, ) | and (b) - Attempted Entry After Deportation |
| Defendant. ) | |

The grand jury charges:

On or about October 31, 2007, within the Southern District of California, defendant ROSENDO RODRIGUEZ-GONZALEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed

//

DDL:em:Imperial
11/23/07

1 | an overt act to wit, crossing the border from Mexico into the United

2 | States, that was a substantial step toward committing the offense, all

3 | in violation of Title 8, United States Code, Sections 1326(a) and (b).

4 | It is further alleged that defendant ROSENDO RODRIGUEZ-GONZALEZ

5 | was removed from the United States subsequent to March 17, 2005.

6 | DATED: November 28, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

DAVID D. LESHNER
Assistant U.S. Attorney

2