UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

UNITED STATES OF AMERICA,       )    No. 07CR3213-BEN
                                )
            Plaintiff,          )
                                )    JOINT MOTION TO CONTINUE
                                )    MOTION HEARING DATE
                                )
ROSENDO RODRIGUEZ-GONZALEZ,     )
                                )
            Defendant.          )
_____)

        The parties in this case jointly move to continue the motion hearing date in the above case from January 14, 2008, at 2:00 p.m., to February 11, 2008, at 2:00 p.m..  This request to continue this hearing is for the purpose of allowing defendant to obtain from the government discovery regarding his prior immigration proceedings and to review the "A-file."

Dated:    1/8/08              /s/ Gary P. Burcham
                             Gary P. Burcham
                             Counsel for Defendant


Dated:    1/8/08              /s/ Eugene S. Litvinoff
                             Eugene S. Litvinoff
                             Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**,                )    U.S.D.C. No. 07CR3213-BEN
                                             )
            Plaintiff-Appellee,              )    CERTIFICATE OF SERVICE
v.                                           )
                                             )
**ROSENDO RODRIGUEZ-GONZALEZ,**              )
                                             )
            Defendant-Appellant.             )
_____        )

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age.  My

business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action.  I have caused service of a Joint Motion to Continue Motion

Hearing Date on the following party or parties by electronically filing the foregoing with the Clerk of the

District Court using its ECF System, which electronically notifies him/her.

Eugene S. Litvinoff, Esq.
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008.

                              s/ Gary P. Burcham
                              GARY P. BURCHAM