```
 1  GARY P. BURCHAM
    California State Bar No. 190780
 2  964 Fifth Avenue, Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Rosendo Rodriguez
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ROSENDO RODRIGUEZ,<br><br>          Defendant. | Case No. 07CR3213-BEN<br><br>Date: March 10, 2008<br>Time: 2:00 p.m.<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT** |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, and
      EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on March 10, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Rosendo Rodriguez, by and through his attorney, Gary P. Burcham, will ask this Court to enter an order granting the motion listed below.

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | **MOTIONS** |

    Rosendo Rodriguez, the defendant in this case, by and through his attorney Gary P. Burcham, pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order dismissing the indictment.

    This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

                                        Respectfully submitted,


Dated: February 29, 2008            /s/ Gary P. Burcham
                                    GARY P. BURCHAM
                                    Attorney for Joel Saldivar-Vargas

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 07CR3213-BEN |
| Plaintiff-Appellee, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| ROSENDO RODRIGUEZ-GONZALEZ, | ) | |
| Defendant-Appellant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's **Notice of Motion and Motion to Dismiss Indictment** on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

**Eugene Litvinoff, Esq.**
**Border Crimes Unit**
**880 Front Street**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008.

                                               /s/ Gary P. Burcham
                                               GARY P. BURCHAM