| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | EUGENE S. LITVINOFF |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 214318 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5790/(619) 235-2757 (Fax) |
|   | Email: Eugene.Litvinoff2@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | United States of America |
| 8 | |

9  UNITED STATES DISTRICT COURT

10  SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3213-BEN |
| 12 | Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| 13 | v. | ) | |
| 14 | ROSENDO RODRIGUEZ-GONZALEZ, | ) | Date:  March 10, 2008 |
|    |                             | ) | Time:  2:00 p.m. |
| 15 | | ) | |
| 16 | Defendant. | ) | |
| 17 | | | |

18   IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by

19 and through its counsel, Karen P. Hewitt, United States Attorney, and Eugene S. Litvinoff, Assistant

20 United States Attorney, and the defendant, Rosendo Rodriguez-Gonzalez, by and through his counsel,

21 Gary Burcham, that the motion hearing in the above entitled case scheduled for March 10, 2008 at 2:00

22 p.m., be continued to April 18, 2008 at 2:00 p.m.

23 //

24 //

25 //

26 //

27 //

28

1     The undersigned Assistant United States Attorney called the court's courtroom deputy to obtain
2 the new sentencing hearing date and that date is agreeable to all parties. A proposed order with respect
3 to this joint motion is being submitted directly to the court via efile_Benitez@casd.uscourts.gov.

Date:  3/6/08

s/Eugene S. Litvinoff
EUGENE S. LITVINOFF
Assistant United States Attorney
Eugene.Litvinoff2@usdoj.gov

Date:  3/6/08

s/Gary Burcham
GARY BURCHAM
Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3213-BEN |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ROSENDO RODRIGUEZ-GONZALEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Eugene S. Litvinoff, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of Government's Joint Motion to Continue Motion Hearing on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.    Gary Burcham**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.    N/A**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2008

/s/Eugene S. Litvinoff
Eugene S. Litvinoff

07CR3213-BEN