# EXHIBIT A

Case 3:07-cr-03213-BEN     Document 17-2     Filed 04/03/2008     Page 1 of 7

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
## SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM
*[Not to be used for multiple count convictions or for 1/3 consecutive sentences]*

CR-290.1

V81837

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF:** Los Angeles

**PEOPLE OF THE STATE OF CALIFORNIA vs**
**DEFENDANT:** Rodriguez, Rosendo
**AKA:**
**CII#:** A11103433
**BOOKING #:** 8475626

**DOB** 03-07-79
**CASE NUMBER** VA076952

☐ NOT PRESENT

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
☐ AMENDED ABSTRACT

OK TO GO STATEWIDE NOT TO FILED
LOS ANGELES SUPERIOR COURT
ENTERED INTO OBIS
MAY 25 2005
JOHN A. CLARKE, CLERK
BY R. DAVIS, DEPUTY

**DATE OF HEARING:** 04-11-05
**DEPT NO:** Div. 69
**JUDGE:** Marcelita V. Haynes
**CLERK:** Stephen Isago
**REPORTER:** Lotus Lui
**PROBATION NO OR PROBATION OFFICER:** X1908956
**COUNSEL FOR PEOPLE:** Marlo Haider
**COUNSEL FOR DEFENDANT:** Albert Camacho  ☒ APPTD

1. Defendant was convicted of the commission of the following felony:

| CNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM | TIME IMPOSED YRS | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 273.5(a) | corporal inj to spouse/cohabit/child's parent | 2003 | 03-17-05 | | | X | L | 2 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 12022(b)(1) | 1yr | | | | | | | 1 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments).
   Restitution Fine(s): $200 per PC 1202.4(b) forthwith per PC 2085.5; $200 per PC 1202.45 suspended unless parole is revoked.
   Restitution per PC 1202.4(f) ☐ $__ / ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 7 below.)
   Fine(s): $__ per PC 1202.5. $__ per VC 23550 or __ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
   Lab Fee: $__ per HS 11372.5(a) for counts __. ☐ Drug Program Fee of $150 per HS 11372.7(a).

6. TESTING: a ☐ AIDS pursuant to PC 1202.1   b ☒ DNA pursuant to PC 296   c ☐ other (specify):

7. Other orders (specify): Make restitution to the victim, Martha Garcia in an amount to be determined by parole.

8. TOTAL TIME IMPOSED EXCLUDING COUNTY JAIL TERM: 3  0

9. ☐ This sentence is to run concurrent with (specify):

10. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment (PC 1170(d).)
    e. ☐ other (specify):

11. | DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS INCLUDING | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | ☒ 4019 ☐ 2933.1 | TIME SERVED IN STATE INSTITUTION | DMH | CDC | CRC |
    |---|---|---|---|---|---|---|---|---|---|
    | 04-11-05 | | 69 | 46 | 23 | | | | [X] | |

12. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.
    ☐ other (specify):

**CLERK OF THE COURT:** I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

**DEPUTY'S SIGNATURE:** Linda S. Esquivel   05-25-05

This form is prescribed under PC 1213 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290.1 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
**SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code §§ 1170, 1213, 1213.5

049

11/1/2007 10:03:56 AM 15 of 20

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>01 ROSENDO RODRIGUEZ (3/7/1979)<br>Defendant(s). | CASE NO. VA076952<br><br>*FELONY COMPLAINT<br>FOR ARREST WARRANT* |

The undersigned is informed and believes that:

**FILED**
LOS ANGELES SUPERIOR COURT

JUN 2 5 2003

JOHN A. CLARKE, CLERK

By _____ Deputy

COUNT 1

On and between May 11, 2003 and May 12, 2003, in the County of Los Angeles, the crime of CORPORAL INJURY TO SPOUSE/COHABITANT/CHILD'S PARENT, in violation of PENAL CODE SECTION 273.5(a), a Felony, was committed by ROSENDO RODRIGUEZ, who did willfully and unlawfully inflict corporal injury resulting in a traumatic condition upon MARTHA GARCIA, who was former cohabitant.

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

* * * * *

## COUNT 2

On and between May 11, 2003 and May 12, 2003, in the County of Los Angeles, the crime of ASSAULT WITH DEADLY WEAPON, BY MEANS LIKELY TO PRODUCE GBI, in violation of PENAL CODE SECTION 245(a)(1), a Felony, was committed by ROSENDO RODRIGUEZ, who did willfully and unlawfully commit an assault upon MARTHA GARCIA with a deadly weapon, to wit, SCREWDRIVER, and by means of force likely to produce great bodily injury.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

* * * * *

## COUNT 3

On and between May 11, 2003 and May 12, 2003, in the County of Los Angeles, the crime of KIDNAPPING, in violation of PENAL CODE SECTION 207(a), a Felony, was committed by ROSENDO RODRIGUEZ, who did unlawfully, forcibly and by instilling fear, steal, take, hold, detain and arrest MARTHA GARCIA in LOS ANGELES County, California, and did take the said MARTHA GARCIA into another country, state, county and another part of LOS ANGELES County.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

* * * * *

## COUNT 4

On and between May 11, 2003 and May 12, 2003, in the County of Los Angeles, the crime of CRIMINAL THREATS, in violation of PENAL CODE SECTION 422, a Felony, was committed by ROSENDO RODRIGUEZ, who did willfully and unlawfully threaten to commit a crime which would result in death and great bodily injury to MARTHA GARCIA, with the specific intent that the statement be taken as a threat. It is further alleged that the threatened crime, on its face and under the circumstances in which it was made, was so unequivocal, unconditional, immediate and specific as to convey to MARTHA GARCIA a gravity of purpose and an immediate prospect of execution. It is further alleged that the said MARTHA GARCIA was reasonably in sustained fear of his/her safety and the safety of his/her immediate family.

"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

It is further alleged as to count(s) 1, 3, and 4 that in the commission and attempted commission of the above offense, the said defendant(s), ROSENDO RODRIGUEZ, personally used a deadly and dangerous weapon(s), to wit, SCREWDRIVER, said use not being an element of the above offense, within the meaning of Penal Code Section 12022(b)(1) and causing the above offense to be a serious felony within the meaning of Penal Code section 1192.7(c)(23).

It is further alleged pursuant to Penal Code sections 1170.12(a) through (d) and 667(b) through (i) as to count(s) 1, 2, 3, and 4 that said defendant(s), ROSENDO RODRIGUEZ, has suffered the following prior conviction of a serious or violent felony or juvenile adjudication:

| Case No. | Code/Statute | Conv. Date | County of Court | State | Court Type |
|---|---|---|---|---|---|
| VJ13601951 | PC 664/261 | 12/08/1995 | LOS ANGELES | CA | SUPERIOR |

* * * * *

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) ROSENDO RODRIGUEZ, for the above-listed crimes. Wherefore, a warrant of arrest is requested for ROSENDO RODRIGUEZ.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER VA076952, CONSISTS OF 4 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on June 4, 2003.

_____
DECLARANT AND COMPLAINANT

........................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _Eleanor Daniel_____
ELEANOR DANIEL, DEPUTY

AGENCY: LASD - CENTURY STATION PATROL   I/O: MIRANDA   ID NO.: ▪▪▪   PHONE: ▪▪▪

DR NO.: 403085312172050   OPERATOR: DB   PRELIM. TIME EST.: 30 MINUTE(S)

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY RTN DATE |
|---|---|---|---|---|---|
| RODRIGUEZ, ROSENDO | ▪▪▪ | 3/7/1979 | | $280,000 | |

Rev. 920-1/99   DA Case 23972303   Page 4   Case No. VA076952   033
FELONY COMPLAINT FOR ARREST WARRANT

11/1/2007 10:03:57 AM 19 of 20

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), for all the charges in this complaint the warrant is so ordered.

BAIL: $ 250,000

DATE: 6-27-03

Judge of the Above Entitled Court CHARLES G. RUBIN