Gregory D. Obenauer
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for ROSENDO RODRIGUEZ-GONZALEZ

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## HONORABLE  ROGER T. BENITEZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 07CR3213 BEN |
| | ) NOTICE OF DISCOVERY MOTION |
| Plaintiff | ) and AMENDED MOTION FOR |
| v. | ) DISCOVERY |
| | ) |
| ROSENDO RODRIGUEZ-GONZALEZ | ) |
| | ) Date: Monday, June 2, 2008 |
| | Time: 2:00 p.m. |

TO: HONORABLE JUDGE ROGER T. BENITEZ ,  ASSISTANT U.S. ATTORNEY ALLESANDRA  SERANO , COUNSEL FOR THE ABOVE-NAMED PLAINTIFF:

    PLEASE TAKE NOTICE that on  Monday June 2, 2008  at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant (Mr. RODRIGUEZ), by and through his counsel, Gregory D. Obenauer, will move for orders granting a  motion for continuance for a status of discovery hearing and discovery as requested


 Respectfully Submitted,

 s/ g. obenauer

 Gregory D. Obenauer
 Attorney for RODRIGUEZ

Gregory D. Obenauer

1

GREGORY D. OBENAUER
State Bar No. 103036
1901 First Ave. Sue. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for Resendo RODRIGUEZ-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE ROGER T. BENITEZ

| | |
|---|---|
| UNITED STATES OF AMERICA | )    No. 07CR3213 BEN |
| Plaintiff | ) STATEMENT OF FACTS |
| v. | ) AND MEMORANDUM OF POINTS & ) AUTHORITIES IN SUPPORT OF ) AMENDED MOTION |
| Mr. Rosendo RODGRIGUEZ-Gonzalez Defendant | )  FOR  DISCOVERY |

## STATEMENT OF FACTS PERTAINING TO Mr GONZALEZ

The following statement of facts is based, in part, on materials received from the government. Mr. Rodriguez-Gonzalez does not accept this statement of facts as his own, and reserves the right to take a contrary position at motions hearing and trial. The facts alleged in these motions are subject to amplification and/or modification at the time these motions are heard.

In an indictment filed in November 2007, the government charged Mr. Rodriguez-Gonzalez with one count of attempted entry after deportation, in violation of 8 U.S.C. § 1326(a) and (b). This indictment was based on Mr. Rodriguez-Gonzalez' October 31, 2007 arrest in a location near the Calexico East Port of Entry by members of the U.S. Border Patrol.

**Mr. RODRIGUEZ** moves for a discovery schedule and the production by the government of the following items. This request is not limited to those items that the prosecutor knows of, but rather includes all discovery listed below that is in the custody, control, care or knowledge of any "closely related investigative (or other) agencies" under U.S v. Bryan 868 F.2d 1032 (9th Cir.),

Gregory D.
Obenauer

cert. denied, 493 U.S. 858 (1989).A discovery schedule is authorized by Rule 16(d)(2) and will serve to avoid delay, conserve judicial resources,prevent surprise, and further the search for the truth at trial. These purposes are central objectives of the discovery process. See Fed. R. Crim. P. 16, advisory committee note, 1974 amendments, and H.R. Report No. 247, 94th Congress, 1st Sews. 13 (1975) Therefore, **Mr.GONZALEZ** requests the following discovery

1. MR. RODRIGUEZ-Gonzalez's  A file.

     Although Mr. GONZALEZ requested his "A" file in midNovember (see Ex. I), he has not received a copy of it. It is necessary to review the A file in order to determine what  defenses are available.

2  . Giglio Information.

     Pursuant to Giglio v. United States, 405 U.S. 150 (1972), the defendant requests all statements and/or promises, express or implied, made to any government witnesses, inexchange for their testimony in this case, and all other information which could arguably be used for the impeachment of any government witnesses;

3.  Personnel Records of Government Officers Involved in the Arrest.

     The defendant requests all citizen complaints and other related internal affairs documents involving any of the immigration officers or other law enforcement officers who were involved in the investigation, arrest and interrogation of him, pursuant to  Pitchess v. Superior Court, 11 Cal.3d 531, 539 (1974). Because of the sensitive nature of these documents, defense counsel will not be able to procure them from any other source.


## CONCLUSION

    **Mr.RODRIGUEZ**  has received discovery in his case and requests a continuance of the motion hearing and requests a status hearing, in order to properly  evaluate the evidence in this case. Complete Discovery eliminates the need for continuances and the possibility of surprise at trial. The Discovery  requested is justified and should be ordered with  leave to file further motions.

    Dated: May 30,  2008

                    Respectfully Submitted     ,


                    s/ g obenauer
                    Gregory D. Obenauer
                    Attorney for  **Mr. RODRIGUEZ**

Gregory D.
Obenauer

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE  JUDGE ROGER T. BENITEZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.07CR3213 BEN |
| | ) | |
| Plaintiff | ) | |
| v. | ) | PROOF OF SERVICE |
| | ) | |
| Rodolfo GONZALEZ-Ruiz | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

I, the undersigned state:

1. I am over eighteen and not a party to this action.
2. My business address is 1901 1st. Ave. Ste. 213, San Diego, California 92101. I certify that the foregoing pleading is true and accurate to the best of my information and belief and that a copy of the foregoing Discovery Motion has been served   on opposing counsel by CM/ECF upon:

Alessandra Serano , Assistant U.S. Attorney
AlessandraSerano@usdoj.gov

s/ g. obenauer

Gregory D. Obenauer

Gregory D.
Obenauer