FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. **07CR3213-BEN** |
|---|---|---|
| Plaintiff, | ) | **FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY TO A VIOLATION OF 8 U.S.C. SECTION 1326 (a) and (b)** |
| v. | ) | |
| **ROSENDO RODRIGUEZ-GONZALEZ**, | ) | |
| Defendant. | ) | |

    Upon Defendant's request to enter a plea of Guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

    Thereafter, the matter came on for a hearing on Defendant's plea of guilty, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

    In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney, **I make the following FINDINGS - that the Defendant**

1   removed from the United States ~~after~~ on Aug 21, 2007

2   **I therefore RECOMMEND that the District Judge accept the**
3   **Defendant's plea of guilty.**

4   The sentencing hearing will be before United States District
5   Judge **ROGER T. BENITEZ**, on  10/6/08 , at  9:00 A.M

6   Objections to these Findings and Recommendation must be
7   filed within 14 days of the date of this order.

10  Dated: 07/17/2008

        Honorable LOUISA S. PORTER
11      United States Magistrate Judge

12  Copies to:
13  Hon. ROGER T. BENITEZ
    U.S. District Judge
14

15  United States Attorney
16
    Counsel for Defendant